```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

DENNIS O. WILLIAMS, SR.                                    PLAINTIFF

VS.                                      CAUSE NO. 5:25-cv-77-DCB-ASH

MAGGNOLIA BLUFFS CASINO, LLC                               DEFENDANT

## ORDER

This cause is before the Court on Plaintiff Dennis O. Williams, Sr. ("Plaintiff")'s Motion for Entry of Default Judgment pursuant to Federal Rule of Civil Procedure 55. [ECF No. 4]. Plaintiff argues that, because Defendant Magnolia Bluffs Casino, LLC ("Defendant") has failed to plead or otherwise defend itself in this matter, the requirements of Rule 55 have been met, and he is entitled to a default judgment against Defendant. [ECF No. 5] at 2. The Court finds, however, that the requirements of Rule 55(a) have not been met, and Plaintiff's motion must be denied at this time.

"[B]efore a motion for entry of a default judgment may be granted, the party seeking the entry of a default judgment must first seek an entry of default from the clerk under Rule 55(a)."

1

<u>Miss. ex rel. Fitch v. People's Republic of China</u>, No. 1:20-CV-168-TBM-RPM, 2024 WL 897846, at *1 (S.D. Miss. Mar. 1, 2024) (citing <u>New York Life Ins. Co. v. Brown</u>, 84 F.3d 137, 141 (5th Cir. 1996)); <u>Wilson v. Mail Contractors of Am., Inc.</u>, No. 3:08CV508 HTW-LRA, 2010 WL 11682194, at *1 (S.D. Miss. Aug. 9, 2010) (denying motion for default judgment because the plaintiff failed to seek an entry of default by the clerk under Rule 55(a) before applying to the court for a default judgment under Rule 55(b)).

In this case, the Clerk's Office docket shows that Plaintiff has not sought and obtained an entry of default judgment from the District Court Clerk. Instead, Plaintiff skipped that necessary first step and filed his motion for default judgment directly with this Court. Accordingly, Plaintiff has not complied with Rule 55(a) of the Federal Rules of Civil Procedure, and his Motion for Entry of Default Judgment [ECF No. 4] is DENIED.

SO ORDERED, this the 9th day of December 2025.

                                            <u>s/ David C. Bramlette</u>
                                            UNITED STATES DISTRICT JUDGE